# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THOMAS FIFE

NO. 2021 KW 0724

**AUGUST 16, 2021**

---

In Re:    Thomas Fife, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 11-14-0793.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

  **WRIT DENIED.**

                         **JMM**
                         **WIL**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT